UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB A. MYERS, INDIVIDUALLY AND AS TRUSTEE; AND BARBARA L. MYERS,

Plaintiffs,

v.

Case No. 2:25-cv-928-KCD-KRH

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

Defendant.

______________________________/

**ORDER**

The Court entered an order instructing Plaintiffs to show cause why the case should not be dismissed for failure to move for default by the deadline set forth in Local Rule 1.10(b). (Doc. 9.) That deadline passed with no application. Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). And under Local Rule 1.10(d), failure to timely file a motion for default can result in dismissal without further notice and without prejudice.

Accordingly, it is now **ORDERED**:

1. Plaintiffs' claims are dismissed without prejudice for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on July 27, 2026.

Kyle C. Dudek
United States District Judge